UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHNNY HOUSTON,<br>FRANCIS SHANE, and<br>MICHAEL WILBON,<br><br>*Defendants.* | **Order**<br><br>S1 23 Cr. 52 (RA) |

Upon the application of the United States of America, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Katherine Cheng;

It is found that the Superseding Indictment in the above-captioned action, S1 23 Cr. 52 (the "Indictment"), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, S1 23 Cr. 52, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      February 7, 2023

_____
THE HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE