UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>*Houston et al.*,<br><br>*Defendants.* | **Protective Order**<br><br>**23 Cr. 52 (RA)** |

Upon the application of the United States of America, with the consent of undersigned counsel, and the defendant having requested discovery under Fed. R. Crim. P. 32.1(b), the Court hereby finds and orders as follows:

### Categories

1. **Disclosure Material.** The Government will make disclosure to the defendant(s) of documents, objects and information, including electronically stored information ("ESI"), pursuant to Federal Rule of Criminal Procedure 16, 18 U.S.C. § 3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal cases, all of which will be referred to herein as "Disclosure Material." The Government's Disclosure Material may include material that (i) affects the privacy and confidentiality of individuals and entities; (ii) would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged individuals; (iii) may be produced with more limited redactions than would otherwise be necessary; and (iv) that is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.

NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

**Disclosure and Treatment**

1. Disclosure Material shall not be disclosed by the defendant or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any Disclosure Material on any Internet site or network site, including any social media site such as Facebook or Twitter, to which persons other than the parties hereto have access, and shall not disclose any Disclosure Material to the media.

**Other Provisions**

2. This Order does not prevent the disclosure of any Disclosure Material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1.

3. The Government's designation of material will be controlling absent contrary order of the Court. However, the Government may authorize, in writing, disclosure of Disclosure Material beyond that otherwise permitted by this Order without further Order of this Court.

4. The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed Disclosure Material. All such persons shall be subject to the terms of this Order. Defense counsel shall maintain a record of what information has been disclosed to which such persons.

5. Except for Disclosure Material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all Disclosure Material, including any ESI, within 30 days of the expiration of the period for direct appeal from any verdict in the above-captioned case; the period of direct appeal from any order dismissing any of the

charges in the above-captioned case; and the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later, subject to defense counsel's obligation to retain client files under the Rules of Professional Conduct. If Disclosure Material is provided to any personnel for whose conduct defense counsel is responsible or prospective witnesses, defense counsel shall make reasonable efforts to seek the return or destruction of such materials.

### **Retention of Jurisdiction**

6. The provisions of this order shall not terminate at the conclusion of this criminal prosecution. The Court will retain jurisdiction to enforce this Order following the termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: __/s/ *Katherine Cheng*_____     Date:  2/9/2023
    Katherine Cheng
    Assistant United States Attorney


_____     Date:  _____
Amanda Mayo / Zawadi Baharanyi
Counsel for Defendant Francis Shane


_____     Date:  _____
Michael W. Martin
Counsel for Defendant Michael Wilbon


_____Lisa Scolari  /s/_____     Date:  _____
Lisa Scolari
Counsel for Defendant Johnny Houston

3

charges in the above-captioned case; and the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later, subject to defense counsel's obligation to retain client files under the Rules of Professional Conduct. If Disclosure Material is provided to any personnel for whose conduct defense counsel is responsible or prospective witnesses, defense counsel shall make reasonable efforts to seek the return or destruction of such materials.

## **Retention of Jurisdiction**

6. The provisions of this order shall not terminate at the conclusion of this criminal prosecution. The Court will retain jurisdiction to enforce this Order following the termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: /s/ Katherine Cheng Date: 2/9/2023
 Katherine Cheng
 Assistant United States Attorney


 /s/Amanda Mayo Date: 2/14/2023
 Amanda Mayo / Zawadi Baharanyi
 Counsel for Defendant Francis Shane


 Date:
 Michael W. Martin
 Counsel for Defendant Michael Wilbon


 Date:
 Lisa Scolari
 Counsel for Defendant Johnny Houston

3

charges in the above-captioned case; and the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later, subject to defense counsel's obligation to retain client files under the Rules of Professional Conduct. If Disclosure Material is provided to any personnel for whose conduct defense counsel is responsible or prospective witnesses, defense counsel shall make reasonable efforts to seek the return or destruction of such materials.

### Retention of Jurisdiction

6. The provisions of this order shall not terminate at the conclusion of this criminal prosecution. The Court will retain jurisdiction to enforce this Order following the termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: /s/ Katherine Cheng          Date: 2/9/2023
    Katherine Cheng
    Assistant United States Attorney


_____      Date: _____
Amanda Mayo / Zawadi Baharanyi
Counsel for Defendant Francis Shane

/s/ Michael Martin               Date: 2/23/2023
Michael W. Martin
Counsel for Defendant Michael Wilbon


_____      Date: _____
Lisa Scolari
Counsel for Defendant Johnny Houston

3

SO ORDERED:

Dated: New York, New York
      [March 8, 2023]

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

4