```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

FRANCIS SHANE, MICHAEL WILBON,
JOHNNY HOUSTON, SHAWN THOMAS,
YAHTEK JOHNSON, RONELLE
ANTHONY,

                Defendants.

No. 23-CR-52 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On January 3, 2024, the Court issued an order indicating that, if by April 11, 2024, the Second Circuit had not resolved or issued an order in *United States v. Hussain (Barrett)*, No. 21-1379, the trial in this case set to begin on May 6, 2024 would be adjourned. As the Second Circuit has not done so, the start date for the trial is hereby adjourned. The parties are directed to update the Court within 24 hours of the filing of an opinion or order in *Hussain (Barrett)* and propose next steps in this action.

SO ORDERED.

Dated:    April 11, 2024
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge