```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

FRANCIS SHANE, MICHAEL WILBON,
JOHNNY HOUSTON, RONELLE
ANTHONY,

Defendants.

No. 23-CR-52 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 11, 2024, this Court adjourned the start the date of the trial in the above-captioned case pending the Second Circuit's decision in *United States v. Hussain (Barrett)*, No. 21-1379. On May 15, 2024, the Second Circuit issued its opinion, concluding that the appellant's argument that substantive Hobbs Act robbery is not a crime of violence was foreclosed by *United States v. McCoy*, 58 F.4th 72 (2d Cir. 2023). Although the Court will rule on the outstanding motion to dismiss the indictment by separate order, the legal questions it presents appear resolved by *Barrett*. By May 22, 2024, the parties shall file a joint letter indicating their availability to proceed to trial on June 17, 2024. If they are unable to proceed on that date, they shall indicate their availability for July 22, 2024; July 29, 2024; August 5, 2024; August 12, 2024; and August 19, 2024.

SO ORDERED.

Dated:   May 17, 2024
         New York, New York

Ronnie Abrams
United States District Judge