LAW OFFICES
DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

July 6, 2026

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Centre St.
New York, NY 10007

Application granted. The sentencing is adjourned to July 30, 2026 at 11:30 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 7, 2026

Re: United States v. Unique Taylor
23 CR 52 (RA)

Dear Judge Abrams,

The Defendant's submission was due Friday, July 3rd. The day before, the Government provided me with additional, recent prison records, relating to Mr. Taylor. I have not had an opportunity to review this material with Mr. Taylor.

I therefore respectfully request that the present sentencing be adjusted, as follows:

Defense Submission July 10
Gov't. Submission July 17
Sentencing date: to be set by Court.
(AUSA Unavailable 07/21- 07/23, and a.m. 07/28)

AUSA Katherine Cheng consents to this application. I thank the Court for its consideration.

Sincerely,

David Wikstrom